[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 28, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-11347
Non-Argument Calendar

_____

D. C. Docket No. 06-00002-CV-5-RS-AK

STEVIE C. GREATHOUSE,
MAXINE DEVONA GREATHOUSE,

Plaintiffs-Appellants,

versus

CECO CONCRETE CONSTRUCTION LLC,

Defendant-Appellee,

MANITOWOC CRANES, INC.,
d/b/a Manitowoc Crane Group,
ACR  MANAGEMENT  LLC,
d/b/a Maxine Crane Works, et al,

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(August 28, 2007)

Before BIRCH, BLACK and HILL, Circuit Judges

PER CURIAM:

Crane operator Stevie Greathouse (Greathouse) filed suit against subcontractor Ceco Concrete Construction, L.L.C. (Ceco) for gross negligence when his left foot above the ankle was amputated while working on a condominium construction site in Santa Rosa Beach, Florida. Both parties agree that, under Florida's workers' compensation statute, Ceco is immune from liability unless Ceco was grossly negligent and its gross negligence was the "major contributing cause of [Greathouse's] injury." *See Fla. Stat.* §§ 440.10(1)(e), 440.11. The district court granted summary judgment in favor of Ceco. Greathouse now appeals.

We have reviewed the record in this case, the briefs and the arguments of counsel contained therein. Based upon the well-written, well-reasoned and published opinion of the district court, we affirm the judgment granting summary judgment for Ceco. *See Greathouse v. Ceco Concrete, Construction, L.L.C.*, No. 5:06cv2-RS-AK, 2007 WL 624550 (N. D. Fla. Feb. 23, 2007).

AFFIRMED.

2